UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID B. BLITZ,<br><br>                                 Petitioner,<br>                -v-<br><br>BAGATELLE INTERNATIONAL USA, INC.,<br><br>                                 Respondent. | 20 Civ. 10344 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On December 8, 2020, respondent Bagatelle International USA, Inc. removed this petition to compel respondent's payment of delinquent arbitration fees and expenses to this Court. Dkt. 1. Since then, petitioner has not appeared.

Respondent is directed, by **May 12, 2021,** to file proof of service of the removal notice on petitioner David B. Blitz.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 28, 2021
       New York, New York