UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID B. BLITZ,<br><br>                                   Petitioner,<br>                    -v-<br><br>BAGATELLE INTERNATIONAL USA, INC.,<br><br>                                   Respondent. | 20 Civ. 10344 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 13, 2021, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute because petitioner had failed to appear notwithstanding respondent's service of the removal notice.  Dkt. 4.  The Court's May 13, 2021 order to show cause advised that if petitioner did not appear by May 27, 2021, showing good cause why petitioner had not appeared, the Court would dismiss the case.  The Court has not received any written communication from petitioner, and petitioner has not appeared.  Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for petitioner's failure to prosecute.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 30, 2021
       New York, New York